STATE v. CAMP

No. 160 PC.

Case below: 33 N.C. App. 404.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.

STATE v. CHAPMAN

No. 167 PC.

Case below: 32 N.C. App. 599.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals allowed 14 July 1977.

STATE v. EARLEY

No. 179 PC.

Case below: 33 N.C. App. 636.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.

STATE v. FLEMING

No. 171 PC.

Case below: 33 N.C. App. 216.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 July 1977.

STATE v. HART

No. 164 PC.

Case below: 33 N.C. App. 235.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.